BEFORE THE THIRD DIVISION, JANUARY 26, 1960

No. 63740.—Maynard & Child, Inc. *v.* United States, protests 715468–G, etc. (Boston and Baltimore).

Opinion by RICHARDSON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C.C.P.A. 130, C.A.D. 508), and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C.D. 1155), the claim of the plaintiff was sustained.